**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY, a Texas Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRESTLINE BUILDERS, LLC, a Washington limited liability company; and THE 11 @ ALKI, a Washington limited liability company, VISILIY STRIZHEUS, an individual, TOMOFEY STRIZHEUS, an individual, and PAVEL STRIZHEUS, an individual<br><br>Defendants. | No. 2:23-cv-01719<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that all parties have reached a settlement in this matter. All claims have been resolved in principle, however, the parties are finalizing settlement documents.

Any trial or other hearings in this matter may be stricken from the Court calendar. The parties are in the process of fully executing the settlement documents and once executed, will file a stipulation to dismiss this matter with prejudice.

NOTICE OF SETTLEMENT – 1
CAUSE NO. 2:23-CV-01719

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

4877-4823-4400, v. 1

1 | Dated this 20th day of February, 2024.

FORSBERG & UMLAUF, P.S.

*s/Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
*Attorneys for Plaintiffs*

NOTICE OF SETTLEMENT – 2
CAUSE NO. 2:23-CV-01719

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

4877-4823-4400, v. 1